No. 1238. TINKOFF *v.* GRIFFITH ET AL. June 1, 1942. Petition for writ of certiorari to the Supreme Court of Illinois, and motion for leave to proceed further *in forma pauperis,* denied. *Paysoff Tinkoff, pro se.*

No. 1241. JOHNSON *v.* ALABAMA. June 1, 1942. Petition for writ of certiorari to the Supreme Court of Alabama, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Walter S. Smith* for petitioner.

No. 1248. HODGES *v.* OCEAN ACCIDENT & GUARANTEE CORP. June 1, 1942. Petition for writ of certiorari to the Court of Appeals of Georgia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. G. Seals Aiken* for petitioner.

No. 1265. POWERS *v.* UNITED STATES. June 1, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *William Nathan Powers, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 1204. BIRD *v.* UNITED STATES. June 1, 1942. The petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and the motion for leave to proceed further *in forma pauperis,* are denied for the reason that the Court, upon examination of the papers herein submitted, finds that the application for writ of certiorari was not made within the time provided by law. Rule XI of the Criminal Appeals Rules, 292 U. S. 665–666; *United*